**John Michael CRIM, Plaintiff-Appellant,**

v.

**MANAGEMENT & TRAINING CORPORATION; et al., Defendants-Appellees.**

No. 17-16676

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed January 5, 2018

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

John Michael Crim, Pro Se

Heidi Adams, Attorney, San Francisco, CA, Dale Patrick, Esquire, Taft Correctional Institution, Taft, CA, for Defendants-Appellees

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

## MEMORANDUM **

John Michael Crim, a former federal prisoner, appeals pro se from the district court's judgment dismissing his action alleging federal and state law violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to comply with a court order. *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002). We affirm.

The district court did not abuse its discretion by dismissing Crim's action because Crim failed to comply with a court order and meet deadlines, despite being warned that failure to comply would result in dismissal. *See id.* at 642-43 (discussing the five factors for determining whether to dismiss for failure to comply with a court order); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (although dismissal is a harsh penalty, the district court's dismissal should not be disturbed absent "a definite and firm conviction" that it "committed a clear error of judgment" (citations and internal quotation marks omitted)).

We reject as without merit Crim's contentions that he was denied due process or deprived of any rights or privileges.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We do not consider the district court's order denying Crim's request to use electronic filing because Crim did not file an amended notice of appeal. *See* Fed. R.App. P. 4(a)(4)(B)(ii).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.